UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FRANCIS FISHER,
aka GARY DALE BARGER,

        Plaintiff,

   v.

JERRY BROWN, et al.,

        Defendants.

Case No.  13-cv-02569-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff alleges various claims against his jailors and medical staff at Corcoran State Prison, which is in Kings County, which lies in the Eastern District of California. This federal civil rights action is hereby TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  November 4, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Plaintiff,

  v.

JERRY BROWN et al,

        Defendant.

Case Number: CV13-02569 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 4, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Francis Fisher F85263
Pelican Bay State Prison B-1-115
P. O. Box 7000
Crescent City, CA 95532-7000

Dated: November 4, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk