1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   GARY F. FISHER,                          ) Case No.: 1:13-cv-01800-AWI-SAB (PC)
                                              )
12            Plaintiff,                      )
                                              ) ORDER DENYING PLAINTIFF'S MOTION
13       v.                                   ) TO CORRECT CLERICAL ERRORS ON
                                              ) COMPLAINT AND IN FORMA PAUPERIS
14   JERRY BROWN, et al.,                     ) APPLICATION AS MOOT
                                              )
15            Defendants.                     ) [ECF No. 6]
                                              )
16   _____    )

17            Plaintiff Gary F. Fisher is appearing pro se and in forma pauperis in this civil rights action

18   pursuant to 42 U.S.C. § 1983.

19            Now pending before the Court is Plaintiff's motion to correct clerical error in the civil cover

20   sheet, complaint, and application to proceed in forma pauperis.

21            Plaintiff filed the initial complaint on June 6, 2013, in the United States District Court for the

22   Northern District of California, along with a motion to proceed in forma pauperis.

23            On July 2, 2013, Plaintiff filed the instant motion to correct clerical errors on the complaint and

24   in forma pauperis application.

25            On September 27, 2013, Plaintiff filed an amended complaint.  (ECF No. 12.)

26            On November 4, 2013, the action was transferred to this Court and received on November 6,

27   2013.

28   ///

                                              1

1
2
3
4

Inasmuch as Plaintiff filed an amended complaint on September 27, 2013, and the Court granted Plaintiff's application to proceed in forma pauperis on  November 6, 2013, his motion to correct a clerical error on the complaint and application to proceed in forma pauperis is DENIED as MOOT.

5

6   IT IS SO ORDERED.

7      Dated:     **November 7, 2013**

8                                                                  UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28