UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER,<br><br>          Plaintiff,<br><br>     v.<br><br>JERRY BROWN, et al.,<br><br>          Defendants. | Case No.: 1:13-cv-01800-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PENDING EXHAUSTION OF ADMINISTRATIVE REMEDIES<br><br>[ECF No. 11] |

Plaintiff Gary F. Fisher is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Now pending before the Court is Plaintiff's motion for an extension of time pending his exhaustion of the administrative remedies. In his motion, Plaintiff indicates that because of a transfer to a new facility in May of this year, he was required to reinitiate the administrative appeal process, and despite his efforts to date, he has not completed exhaustion.

Plaintiff is advised that exhaustion of administrative remedies must be complete prior to bringing a prisoner civil rights action. 42 U.S.C. § 1997e(a). The statute provides:

> No action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.

1

42 U.S.C. § 1997e(a).  The exhaustion requirement is mandatory.  <u>Booth v. Churner</u>, 523 U.S. 731, 741 (2001).   A prisoner is required to exhaust administrative remedies for claims contained within a complaint before the complaint is filed.  <u>Rhodes v. Robinson</u>, 621 F.3d 1002, 1005 (9th Cir. 2010).  Compliance with this requirement is not achieved by satisfying the exhaustion requirement during the course of an action.  <u>See</u> <u>McKinney v. Carey</u>, 311 F.3d 1198, 1199-1200 (9th Cir. 2002).

Although exhaustion of administrative remedies may be excused under certain circumstances, <u>see</u> <u>Nunez v. Duncan</u>, 591 F.3d 1217, 1226 (9th Cir. 2010), at this juncture, the Court cannot resolve this issue without briefing by the parties.  Accordingly, the Court must deny Plaintiff's motion for an extension of time to exhaust the administrative remedies.

IT IS SO ORDERED.

Dated:   **November 7, 2013**

UNITED STATES MAGISTRATE JUDGE

2