UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01800-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER CASE BACK TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA<br><br>[ECF No. 25] |

　　　　Plaintiff Gary F. Fisher is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff filed the instant complaint on June 6, 2013, in the United States District Court for the Northern District of California.

　　　　On November 4, 2013, the case was transferred by the Northern District to this Court.

　　　　Now pending before the Court is Plaintiff's motion to have the case transferred back to the Northern District of California.

　　　　This action was properly transferred to this Court because Plaintiff's claims involve prison officials and medical staff at Corcoran State Prison, which is in Kings County, which lies in the

///

///

///

1

1 Eastern District of California.  Accordingly, venue properly lies in this Court and the case was
2 appropriately transferred to this Court.   Thus, Plaintiff's motion for the case to be transferred back to
3 the Northern District of California is DENIED.

5 IT IS SO ORDERED.

6 Dated: __**January 10, 2014**__

7                                                                UNITED STATES MAGISTRATE JUDGE