UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-01800-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR IN FORMA PAUPERIS STATUS AS MOOT<br><br>[ECF No. 29] |

       Plaintiff Gary F. Fisher is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       On May 8, 2014, Plaintiff filed a motion for in forma pauperis status.  Inasmuch as Plaintiff was previously granted in forma pauperis status on November 6, 2013, his present request shall be DENIED as MOOT.

IT IS SO ORDERED.

    Dated: __May 9, 2014__

                                              UNITED STATES MAGISTRATE JUDGE

1